AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA.

v.

Jacqueline Perez

APPEARANCE

CASE NUMBER: 1:05M43A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jacqueline Perez

I certify that I am admitted to practice in this court.

8-10-05

*Date*

*Signature*

Edward C. Roy Jr.

*Print Name* *Bar Number*

10 Weybosset St

*Address*

Prov RI 02903

*City* *State* *Zip Code*

401-528-4281

*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.