UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:05M43A |
| | : | |
| JACQUELINE PEREZ | : | |

**MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney and Adi Goldstein, Assistant United States Attorney, and Jacqueline Perez, by and through her attorney, Charles McGowan, and, pursuant to 18 U.S.C. §3161(h), move to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties have agreed that the period from December 10, 2005, through February 10, 2005, be excluded from the § 3161(b) time limit pursuant to 18 U.S.C. § 3161(h).

The reasons for granting this Motion are as follows:

1. Defendant has only recently retained Charles McGowan to represent her in this case. Mr. McGowan has been in contact with the government, has obtained some discovery, and requires additional time to research the evidence in this case;

2. The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling

one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

3. Additional time is also required because the defendant resides in Arizona, her attorney resides in Ohio, and the prosecution is pending in the District of Rhode Island. Accordingly, the plea negotiations have been hampered by some logistical difficulties.

4. Defendant is not incarcerated and has abided the terms of her pretrial release.

For the foregoing reasons, the parties believe that the ends of justice justify the exclusion of the period from December 10, 2005, and February 10, 2005.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

CHARLES MCGOWAN, ESQ.
Counsel for the Defendant