UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lincoln D. Almond |
| | : | |
| v. | : | Criminal No.1:05M43A |
| | : | |
| JACQUELINE PEREZ | : | |

ORDER

This matter having been opened to the Court by Robert C. Corrente, United States Attorney for the District of Rhode Island (Adi Goldstein, Assistant U.S. Attorney, appearing) and JACQUELINE PEREZ (Charles McGowan., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for an additional period of thirty (60) days to permit the parties to continue plea negotiations and to finalize a plea agreement, and the defendant sixty (60) days of her arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for an additional period of sixty (60) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. A new counsel is appearing in this case on behalf of the defendant. It is anticipated that, should this request be granted, a resolution of this case may be achieved. However, new counsel will require some time to review the evidence in this case.

3. Defendant has consented to the aforementioned continuance.

4. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 9th day of January, 2006,

ORDERED that the proceedings scheduled in the above-captioned matter are continued from December 10, 2005, through February 10, 2006, and

IT IS FURTHER ORDERED that the period from, December 10, 2005, through February 10, 2006, shall be excludable in computing time under the Speedy Trial Act of 1974.

FINAL EXTENSION.

Lincoln D. Almond
United States Magistrate Judge