**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED JAN 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Plaintiff, :

v. : CASE NO. 1:05M43A

:

JACQUELINE PEREZ, :

Defendant. :

FILED
JAN 31 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, Jacqueline Perez, hereby moves that Charles W. McGowan be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel, identified below, on the following grounds.

- It is a criminal case, and Charles W. McGowan is Defendant's counsel of choice.

Respectfully submitted,

Charles W. McGowan
Ohio Sup. Ct. Reg. 0066471
601 South High Street
Columbus, Ohio 43215
Phone (614) 464-1969
Fax (614) 224-7101
Attorney for Defendant

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1.) I am a member in good standing of the bar of the State of Ohio, and of the Federal District Court of Ohio, Southern District, and that my eligibility to practice before those courts has not been restricted in any way.

(2.) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3.) I have never been convicted of any crime other than minor traffic offenses and a misdemeanor while a freshman in college (1988) for a fake i.d. card which was resolved by payment of a fine and costs.

(4.) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5.) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6.) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7.)For purposes of this case I have associated with the local associate counsel identified below, and have read, acknowledge, ans will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

Charles W. McGowan
Ohio Sup. Ct. Reg. 0066471
601 South High Street
Columbus, Ohio 43215
Phone (614) 464-1969
Fax (614) 224-7101

Per pl + fax approval MPF / by Clk
Michael P. Fontaine
Rhode Island Reg. 6558
194 Waterman Street
Providence, Rhode Island 02906
Phone (401) 709-2459
Fax (401) 709-2461

---

**Order**: This motion is hereby GRANTED.

U.S. ~~District~~ MAG. Judge

Date: 1/31/06