IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 34 ML |
| vs. | ) | In violation of 21 U.S.C. § 846 |
| | ) | |
| JACQUELINE PEREZ | ) | |

INFORMATION

The United States Attorney charges that:

COUNT I

From a time unknown up to on or about April 1, 2003, the defendant, JACQUELINE PEREZ, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with persons known and unknown, to knowingly and intentionally distribute, and to possess with intent to distribute, 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B),

all in violation of 21 U.S.C. § 846.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
ASSISTANT U.S. ATTORNEY

KENNETH P. MADDEN
FIRST ASSISTANT U.S. ATTORNEY

Dated: 3/3/2006