O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JACQUELINE PEREZ

WAIVER OF INDICTMENT

CASE NUMBER: CR 06 34 ML

I, JACQUELINE PEREZ, the above named defendant, who is accused of

CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE 100 KILOGRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF MARIJUANA, A SCHEDULE 1 CONTROLLED SUBSTANCE IN VIOLATION OF 21 U.S.C. SECTIONS 841(a)(1)&(b)(1)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6-20-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jacqueline Perez
Defendant

Counsel for Defendant
Michael ... Local

Before Mary M. Lisi 6/20/06
Judicial Officer