**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | 06-34-ML |
| | § | ~~CR05-1372-02T~~ |
| **V.** | § | |
| | § | |
| **JACQUELINE PEREZ** | § | |

# MOTION TO EXTEND SENTENCING DATE

NOW COMES defendant, Jacqueline Perez, by and through local counsel of record, and moves this Honorable Court to extend her sentencing date an additional thirty-four (34) days from September 8, 2006 to October 12, 2006. The defendant has certain aspects of her case which are ongoing with the government and require additional time. This extension should provide sufficient time for defendant and the government to properly address these matters.

The defendant has been authorized to state that the prosecutor for the government, Assistant United States Attorney, Adi Goldstein, has no objection to this motion.

Jacqueline Perez
By her Attorney

Michael P. Fontaine
FONTAINE LAW OFFICES
194 Waterman Street
Providence, RI 02906
(401) 709-2459 Tel.
(401) 709-2461 Fax.

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or hand delivered to Assistant United States Attorney, Adi Goldstein, at the Office of the United States Attorney, 8th Floor, Fleet Center, Providence, RI 02903 on this the 7th day of September 2006.